UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION



FILED

JUN 0 3 2010

CLERK

******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CR 05-10007 |
| Plaintiff, | * | |
| | * | |
| -vs- | * | OPINION AND ORDER |
| | * | |
| LONNIE YOUNGBEAR, aka | * | |
| Alex Little Bear, | * | |
| | * | |
| Defendant. | * | |

******************************************************************

Defendant pleaded guilty to sexual abuse and was sentenced on January 9, 2006, to 220 months custody. He appealed his sentence and the United States Court of Appeals for the Eighth Circuit affirmed. The mandate issued July 12, 2006.

Defendant filed a motion for relief from judgment or order pursuant to the Federal Rules of Civil Procedure contending that this Court had no jurisdiction. The Federal Rules of Civil Procedure are inapplicable to motions in criminal cases. Where a statute specifically addresses the particular issue at hand, it is that authority which provides a basis for relief. *See* Carlisle v. United States, 517 U.S. 416, 429, 116 S.Ct. 1460, 1467, 134 L.Ed.2d 613 (1996). "A challenge to a federal conviction . . . is most appropriately brought as a motion under 28 U.S.C. § 2255." United States v. Lurie, 207 F.3d 1075, 1077 (8th Cir. 2000).

Now, therefore,

IT IS ORDERED that the motion for relief from judgment or order is denied.

Dated this 3rd day of June, 2007.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY

(SEAL)